22331

Karole K. JENSON, as Administratrix of the Estate of Timothy Young, Appellant, v. The STATE of South Carolina DEPARTMENT OF SOCIAL SERVICES, Respondent.

(330 S. E. (2d) 529)

Supreme Court

*O. Fayrell Furr, Jr.,* Columbia, *for appellant.*

*Atty. Gen. T. Travis Medlock* and *Staff Atty. Carol P. Black,* Columbia, *for respondent.*

Heard March 26, 1985.

Decided May 21, 1985.

*Per Curiam:*

Remanded for proceedings in accordance with the majority opinion in *Jamie McCall, by his Guardian ad Litem, Joan Andrews, v. Frankie Batson and the School District of Greenville County,* 329 S. E. (2d) 741 (1985).